In the Matter of the Claim of SIGMUND FLEISHER, Respondent, against K. & M. SPORTSWEAR, INC., and SUN INDEMNITY COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of BEATRICE WARRING, Respondent, against CASE-KANE, INCORPORATED; THE TRAVELERS INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of Claim for Benefits under Article 18 of the Labor Law Made by STEPHEN P. TONRA, Claimant. ROBBINS DRY DOCK & REPAIR COMPANY, Employer, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.